# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 08-3619

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Southern District of Iowa. |
| | * | |
| Timmie Durrell Cole, Sr., | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————

Submitted: November 12, 2009
Filed: November 13, 2009

———————

Before BYE, SMITH, and BENTON, Circuit Judges.

———————

PER CURIAM.

In this appeal following remand, federal inmate Timmie Durrell Cole, Sr., appeals the district court's[1] denial of his motion for return of property. Having carefully reviewed the district court's factual findings for clear error and its conclusions of law de novo, see United States v. United Sec. Sav. Bank, 394 F.3d 564, 567 (8th Cir. 2004) (per curiam) (standards of review), we conclude the district court's decision was correct, see Nunley v. Dep't of Justice, 425 F.3d 1132, 1139 (8th

———————

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

Cir. 2005) (government afforded inmate due process when it sent forfeiture notice to him in care of his attorney).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____